Ex. A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATAPULT TECHNOLOGY, LTD.**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTELLIGENT DECISIONS, INC.**<br><br>*Defendant*. | Case 8:14-cv-00066-GJH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Catapult Technology, Ltd. and Defendant Intelligent Decisions, Inc., hereby stipulate that this action shall be dismissed WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| John E. McCarthy Jr., No. 11397 | Russell J. Gaspar, No. 14908 |
| jmccarthy@crowell.com | rgaspar@cohenmohr.com |
| Mark A. Klapow (*pro hac vice*) | David S. Cohen (*pro hac vice*) |
| mklapow@crowell.com | dcohen@cohenmohr.com |
| Jessica M. Thompson, No. 29668 | Andrew K. Wible, No. 18699 |
| jmthompson@crowell.com | awible@cohenmohr.com |
| CROWELL & MORING, LLP | COHEN MOHR, LLP |
| 1001 Pennsylvania Avenue, N.W. | 1055 Thomas Jefferson St., N.W., Suite 504 |
| Washington, D.C. 20004 | Washington, D.C. 20007 |
| Tel: (202) 624-2500 | Tel: (202) 342-2550 |
| Fax: (202) 628-5116 | Fax: (202) 342-6147 |
| *Counsel for Catapult Technology, Ltd.* | *Counsel for Intelligent Decisions, Inc.* |

SO ORDERED, this _____ day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE